**MCGUIREWOODS LLP**
Jessica E. James (SBN 356686)
jjames@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Phone: (310) 315-8200
Fax: (310) 315-8210

*Attorneys for Defendant Navy Federal Credit Union*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jason Tomiello, | Case No. 2:26-cv-01730-CSK |
| Plaintiff, | Hon. Chi Soo Kim |
| v. | **SECOND JOINT STIPULATION TO EXTEND DEFENDANT NAVY FEDERAL CREDIT UNION'S TIME TO RESPOND TO COMPLAINT** |
| TransUnion, LLC; Equifax Information Services, LLC; Navy Federal Credit Union, | |
| Defendants. | Complaint Filed: May 6, 2026<br>Current Response Date: June 29, 2026<br>Proposed Response Date: July 20, 2026 |

SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 144, this Stipulation is entered into by and between Plaintiff Jason Tomiello ("Plaintiff") and Defendant Navy Federal Credit Union ("NFCU") (collectively, the "Parties") by and through their respective counsel, with respect to the following facts:

## RECITALS

1.      WHEREAS, Plaintiff filed his Complaint on May 6, 2026 (ECF No. 1);

2.      WHEREAS, Plaintiff served NFCU with the Complaint on May 11, 2026;

3.      WHEREAS, Plaintiff and NFCU stipulated to one prior extension of NFCU's response deadline by twenty-eight (28) days pursuant to Local Rule 144(a) (ECF No. 7);

4.      WHEREAS, pursuant to the prior stipulation, NFCU's current deadline to respond to the Complaint is June 29, 2026;

5.      WHEREAS, the Parties are engaged in good faith settlement discussions which may resolve this action without the need for further litigation, and the Parties desire additional time to continue such settlement discussions;

6.      WHEREAS, the Parties have agreed to extend NFCU's deadline to respond to the Complaint by twenty-one (21) days up to and including July 20, 2026;

7.      WHEREAS, this request for an extension of time is made in good faith, is not for the purpose of delay, is in the interest of judicial economy, and will not prejudice any party;

8.      WHEREAS, this stipulation is without prejudice to the rights, claims, arguments, and defenses of the Parties.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties through their respective counsel, subject to the Court's approval, that the deadline for NFCU to file its response to the Complaint shall be extended up to and including July 20, 2026.

DATED: June 25, 2026                          GALE, ANGELO, & JOHNSON, P.C.


By:  /s/ *Joe Angelo (as authorized on 06/22/26)*
                  Joe Angelo

                  *Attorney for Plaintiff Jason Tomiello*

SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

DATED: June 25, 2026                    MCGUIREWOODS LLP


                                        By:    /s/ *Jessica E. James*
                                               Jessica E. James

                                               *Attorney for Defendant Navy Federal Credit Union*

3                    Case No. 2:26-cv-01730-CSK

SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

# [PROPOSED] ORDER

The Court, having read and considered Plaintiff Jason Tomiello ("Plaintiff") and Defendant Navy Federal Credit Union ("NFCU")'s second joint stipulation to extend NFCU's time to respond to the Complaint, and good cause appearing therefore, the Court hereby orders the following:

NFCU's response deadline is hereby extended to July 20, 2026.


**IT IS SO ORDERED.**

Dated:  June 25, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4                    Case No. 2:26-cv-01730-CSK
SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT